**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

# *E-FILING*

| | |
|---|---|
| SARAH HADASSAH HOFFMAN, | ) CASE NO. CV 08 1811 MEJ |
| Plaintiff, | ) |
| vs. | ) **DECLINATION TO PROCEED** |
| | ) **BEFORE A UNITED STATES** |
| SUTTER HEALTH, UNUM LIFE | ) **MAGISTRATE JUDGE BY** |
| INSURANCE COMPANY OF AMERICA, | ) **DEFENDANT UNUM LIFE** |
| | ) **INSURANCE COMPANY OF** |
| Defendants. | ) **AMERICA** |
| | ) |

**TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

NOTICE IS HEREBY GIVEN that defendant UNUM LIFE INSURANCE COMPANY OF AMERICA respectfully declines to proceed before a U.S. Magistrate Judge in this proceeding and requests the matter be assigned to an United States District Court Judge.

RIMAC MARTIN, P.C.

DATED:  July 2, 2008          By:    /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA