United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH H. HOFFMAN, | No. C 08-01811 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SUTTER HEALTH, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, August 1, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement filed on July 25, 2008. All other deadlines are to be adjusted in accordance with the local rules.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 11, 2008                                                  FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy