**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 01, 2008**

**C-08-01811CRB**

**SARAH H. HOFFMAN  v.  SUTTER HEALTH**

Attorneys:    Constantine Roboostoff _____        Bill Riley _____

_____        _____

Deputy Clerk: **BARBARA ESPINOZA** _____        Reporter: **Not Reported** ___

**PROCEEDINGS:**                                                                                **RULING:**

1. Initial Case Management Conference  -  Held _____        _____

2. _____        _____

3. _____        _____

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO December 05, 2008 @ 10:00 a.m.  for Cross Motions _____

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
Type of Trial:  ( )Jury     ( )Court

Notes: _____

_____

_____