1  **ROBOOSTOFF & KALKIN**
   CONSTANTINE V. ROBOOSTOFF - State Bar No. 69328
2  369 Pine Street, Suite 610
   San Francisco, CA  94104
3  Telephone (415) 732-0282
   Facsimile (415) 732-0287
4
   Attorneys for Plaintiff
5  SARAH HADASSAH HOFFMAN

6  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
7  WILLIAM REILLY - State Bar No. 177550
   w_reilly@rimacmartin.com
8  1051 Divisadero Street
   San Francisco, California 94115
9  Telephone (415) 561-8440
   Facsimile (415) 561-8430
10
   Attorneys for Defendants
11 SUTTER HEALTH and UNUM LIFE INSURANCE
   COMPANY OF AMERICA
12

13               UNITED STATES DISTRICT COURT
14            FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16                                              E-FILING

17 SARAH HADASSAH HOFFMAN,              )
                                        ) CASE NO.  CV 08 1811 CRB
18        Plaintiff,                    )
                                        ) **STIPULATION OF DISMISSAL OF**
19    vs.                               ) **ENTIRE ACTION WITH**
                                        ) **PREJUDICE; ORDER**
20 SUTTER HEALTH, UNUM LIFE             )
   INSURANCE COMPANY OF AMERICA,        )
21                                      )
          Defendants.                   )
22 _____ )
                                        )
23 AND RELATED COUNTER-CLAIM            )
                                        )
24 _____

25

26     IT IS HEREBY STIPULATED by and between the plaintiff SARAH HADASSAH

27 HOFFMAN and defendants SUTTER HEALTH and UNUM LIFE INSURANCE COMPANY

28 OF AMERICA, through their respective counsel of record, that the captioned action, including

---

-1-
**STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER**                                    **CASE NO. CV 08 1811 CRB**

1  the counter-claim, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the
2  Federal Rules of Civil Procedure. The parties shall bear their own respective costs of suit.
3      Pursuant to local rules, this document is being electronically filed through the Court's
4  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
6  concurred with the filing of this document; and (3) a record supporting this concurrence is
7  available for inspection or production if so ordered.

                                      ROBOOSTOFF & KALKIN

DATED: October 30, 2008       By:    /s/ **CONSTANTINE V. ROBOOSTOFF**
                                             CONSTANTINE V. ROBOOSTOFF
                                             Attorneys for Plaintiff
                                             SARAH HADASSAH HOFFMAN

                                      RIMAC & MARTIN, P.C.

DATED: October 30, 2008       By:    /s/ **WILLIAM REILLY**
                                             WILLIAM REILLY
                                             Attorneys for Defendants
                                             SUTTER HEALTH and UNUM LIFE
                                             INSURANCE COMPANY OF AMERICA

                                             **ORDER**

    IT IS SO ORDERED.

DATED: _Nov. 03, 2008_                      _____
                                             CHARLES R. BREYER
                                             Federal Judge, U.S. District

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER                              CASE NO. CV 08 1811 CRB